197 So.2d 897

EDWARD CHASSANIOL, Jr., ROOFING AND SHEET METAL WORKS, INC.

v.

Dr. Joseph A. LaNASA.

No. 48656.

May 4, 1967.

In re: Dr. Joseph A. LaNasa applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 195 So.2d 387.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, the judgment complained of is correct.

197 So.2d 898

Succession of Anna SARAGUSA, widow of Rosario CENTANNI.

No. 48662.

May 4, 1967.

In re: Joseph Centanni applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 195 So.2d 454.

Writ refused. There is no error of law in the judgment complained of.